IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>JORGE L. COLLAZO, and<br>ANGEL A. HUERTAS, alias<br>Angel M. Dejesus-Concepcion | C. No. CR 05 107 S<br><br>In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)& 846, and 18 U.S.C. § 2. |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From a time unknown up to and including on or about October 4, 2005 in the District of Rhode Island, the defendants, JORGE L. COLLAZO, and ANGEL A. HUERTAS, alias Angel M. Dejesus-Concepcion, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute, and to possess with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B),

all in violation of 21 U.S.C. § 846.

### COUNT II

On or about October 4, 2005, in the District of Rhode Island, the defendants, JORGE L. COLLAZO, and ANGEL A. HUERTAS,

alias Angel M. Dejesus-Concepcion, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) and 18 U.S.C. § 2.

ROBERT CLARK CORRENTE
United States Attorney

Adi Goldstein
Assistant U.S. Attorney

Mary Rogers
Assistant U.S. Attorney

Dated: 10.05.05