AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RI

USA

v.

Jorge L. Collazo, et al.

## APPEARANCE

CASE NUMBER: CR05-107-01S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jorge L. Collazo

10-5-05

*Date*

*Signature*

JOHN H. RUGINSKI, JR.
129 DORRANCE STREET
PROVIDENCE, RI 02903

*Print Name*

*Address*

*City* *State* *Zip Code*

*Phone Number*