AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Guillermo Guzman
AKA Jorge Collazo

APPEARANCE

CASE NUMBER: CR 05-107-01S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant

I certify that I am admitted to practice in this court.

14 Oct 2005
*Date*

*Signature*

John F Cicilline 0433
*Print Name* *Bar Number*

381 Atwells Ave
*Address*

Prov
*City* *State* *Zip Code*

401 273 5000
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher