UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR No: 05-107-015 S

JORGE L. COLLAZO

**MOTION**

Now comes the defendant Jorge L. Collazo in the above entitled cause pursuant to 18 US C 3161 (h) (8) (A) and moves for a continuance of the empanelment date to a time on or after February 6th, 2006, so that counsel may adequately prepare his defense, properly explore legal issues and continue discussions regarding a possible disposition.

Both counsel and the defendant understand that this time is excludable because it serves the ends of justice.

Respectfully submitted,
Jorge L. Collazo
by his attorney

John F. Cicilline, Esq. (# 0433)
387 Atwells Avenue
Providence, RI 02909
(401) 273-5600
FAX (401) 454-5600

# CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the 7th day of November 2005, to the United States Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, **Attn: AUSA Adi Goldstein, Esq**. and **George J. West, Esq**. 1500 Bankboston Plaza, Providence, RI 02903.

[signature]