**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-107-01S** |
| | : | |
| **JORGE L. COLLAZO** | : | |

**GOVERNMENT'S MOTION TO CONTINUE SUPPRESSION HEARING**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves to continue the suppression hearing, presently scheduled for January 30, 2006 at 9:30 a.m., to a date on or after February 6, 2006, for the reasons set forth in the attached memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2006, I caused to be sent regular first class mail, a true copy of the within Government's Motion to Continue Suppression Hearing to:

John F. Cicillini, Esq.
387 Atwells Avenue
Providence, RI 02909

George J. West, Esq.
One Financial Plaza
Suite 1500
Providence, RI 02903

[signature]
______________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-107-01S** |
| | : | |
| **JORGE L. COLLAZO** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO CONTINUE**

The government moves for a one week continuance of the suppression hearing. The government expects to call Detective William Dwyer or Detective Henry Remolina (and possibly both) to testify at the hearing. Both detectives surveilled the defendants on their way to pick up the narcotics, effected the arrest, and seized the drugs from the vehicle. Detective Dwyer and Detective Remolina were recently promoted to sergeants by the Providence Police Department. As a result, they are required to attend a course at the University of Rhode Island from January 17, 2006 until February 3, 2006. The government has only learned of this conflict earlier this week. I spoke with defendant's counsel who has advised me that he does not object to this continuance. Accordingly, the government asks that the hearing be moved to February 6, 2006, or any date thereafter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2006, I caused to be sent a true copy of the within Government's Memorandum in Support of Its Motion to Continue Suppression Hearing to:

John F. Cicillini, Esq.
387 Atwells Avenue
Providence, RI 02909

George J. West, Esq.
One Financial Plaza
Suite 1500
Providence, RI 02903