UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-107-01S** |
| | : | |
| **JORGE L. COLLAZO** | : | |

**GOVERNMENT'S MOTION TO CONTINUE SUPPRESSION HEARING**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves to continue the suppression hearing, presently scheduled for January 30, 2006 at 9:30 a.m., to a date on or after February 6, 2006, for the reasons set forth in the attached memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

William E. Smith
U.S. District Judge
1/12/06