AO 187 (Rev. 7/87) Exhibit and Witness List

Interpreter: ~~[illegible]~~ Ana Cecilia

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

USA v. Jorge L. Collazo

CASE NUMBER: 05-107S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Adi Goldstein | John Cicilline |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/15/2006 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 William Dwyer (Sgt) |
| | | | | | |
| 1 | | 3/15/06 | | Full | Photo of Mini Van. |
| | | | | | |
| 2 | | 3/15/06 | | Full | Photo of green wrapped bricks. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.