**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 05-107-015**

**JORGE L. COLLAZO**

## MOTION TO SUPPRESS

Now comes the defendant in the above entitled cause and moves to suppress any and all items alleged to have been seized from a 1995 Ford Windstar on October 4th, 2005.

Respectfully submitted,
Jorge L. Collazo
By his attorney

John F. Cicilline, Esq. (#0433)
387 Atwells Avenue
Providence, RI 02909
(401) 273-5600
FAX (401) 454-5600

DENIED FOR THE REASONS STATED IN OPEN COURT ON MARCH 15, 2006.

U.S. DISTRICT JUDGE
WILLIAM E. SMITH

DATE: 3/16/06

## CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the 7th day of November, 2005 to the United States Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence ,RI 02903, **Attn: AUSA Adi Goldstein.**