**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS** | **:** | **CR No. 05-107-01 S** |
| | **:** | |
| **GUILLERMO GUZMAN-ROMERO** | **:** | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**

Praise the Lord.

Respectfully submitted,
Guillermo Guzman-Romero
By his attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600

**CERTIFICATION**

I hereby certify that on September 01, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

*Raquel Gil*