USA
Plaintiff

VS: CR05-107-01S

Jorge Colazzo, alias Guellermo Guzman-Romero
Defendant

## EXHIBIT RECEIPT

Government exhibits 1 and 2

~~Attorney~~ 1/9/07

Deputy clerk